UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KRISTIN COOK,** } | |
| } | |
|    **Plaintiff/Counterclaim** } | |
|    **Defendant,** } | |
| } | **Case No.: 5:14-cv-01999-JHE** |
| v. } | |
| } | |
| **STATE FARM LIFE INSURANCE** } | |
| **COMPANY,** } | |
| } | |
|    **Defendant/Counterclaim** } | |
|    **Plaintiff/Third Party Plaintiff,** } | |
| } | |
| v. } | |
| } | |
| **HILARY WADE BURTON,** } | |
| } | |
|    **Third-Party Defendant/** } | |
|    **Counterclaim Plaintiff.** } | |

## MEMORANDUM OPINION

On January 12, 2015, the Magistrate Judge entered a report and recommendation (Doc. 16) in which he recommended that the Court (1) GRANT State Farm's motion to interplead funds and dismiss State Farm; (2) DIRECT State Farm to deposit the funds from Policies LF-1947-4763 and LF-2267-9040 into the registry of the Court in the total amount of $105,200.78, plus applicable interest up to the date of payment; (3) DISCHARGE State Farm, upon deposit of funds, from any further liability with respect to, affecting, or in any way arising out of the insurance policies at issue; and (4) PERMANENTLY ENJOIN the interpleader defendants from instituting or prosecuting any proceeding against State Farm with respect to, affecting, or in any way arising out of the insurance policies at issue.

After careful consideration of the record in this case and the Magistrate Judge's report and recommendation, the Court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. The Court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this January 30, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE